**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS**

**KIMBERLY LANDIS** and **ALVA NELSON,**
as parents and guardians of A.N., a minor,

       Plaintiffs,

    v.                                  **Civil Action No. 2:11-CV-101**
                                                 (BAILEY)

**HEARTHMARK, LLC,** d/b/a Jarden Home
Brands, **WAL-MART STORES, INC.**,
**C.K.S. PACKAGING, INC.**, **PACKAGING
SERVICE COMPANY, INC.**, and
**STULL TECHNOLOGIES, INC.**,

       Defendants/Third Party Plaintiffs,

    v.

**KIMBERLY LANDIS** and **ALVA NELSON**,
in their individual capacities,

       Third Party Defendants.

## ORDER GRANTING C.K.S. PACKAGING, INC.'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF PACKAGING SERVICE CO., INC.'S PUTATIVE COMBUSTION EXPERT DR. CARL ABRAHAM

Pending before this Court is C.K.S. Packaging, Inc.'s **Daubert** Motion to Exclude Certain Opinions and Testimony of Packaging Service Co., Inc.'s Putative Combustion Expert Dr. Carl Abraham [Doc. 541]. No party has filed a response to the Motion and the same is ripe for decision.

In the above Motion, the defendant seeks to exclude certain opinions or testimony

1

of Dr. Abraham regarding C.K.S.' duties as a bottle manufacturer, under ***Daubert v. Merrell Dow Pharms., Inc.***, 509 U.S. 579 (1993).

Specifically, during his deposition, in response to questioning from plaintiffs' counsel and over objection, Dr. Abraham opined that C.K.S. had a duty to determine that ethanol was being used in a 32 ounce charcoal lighter fluid bottle. The Motion will be granted for the following reasons:

1. In his report, Dr. Abraham did not offer any opinion regarding C.K.S.' duties. *See* ***Southern States Rack & Fixture, Inc. v. Sherwin-Wiliams Co.***, 318 F.3d 592, 595-96 (4th Cir. 2003);

2. This opinion is beyond the scope of Dr. Abraham's retention;

3. The question of duty is an issue of law for the Court. *See* ***Assurance Co. of America v. York Intern., Inc.***, 305 Fed.Appx. 916, 926 (4th Cir. 2008); Syl Pt. 5 ***Eastern Steel Constructors, Inc. v. City of Salem***, 209 W.Va. 392, 549 S.E.2d 266 (2001) ("'The determination of whether a defendant in a particular case owes a duty to the plaintiff is not a factual question for the jury; rather the determination of whether a plaintiff is owed a duty of care by a defendant must be rendered by the court as a matter of law.' Syllabus point 5, ***Aikens v. Debow***, 208 W.Va. 486, 541 S.E.2d 576 (2000).");

4. Dr. Abraham is not qualified to testify as to legal standards;

5. Dr. Abraham is not qualified to testify as to industry standards.

Accordingly, C.K.S. Packaging, Inc.'s ***Daubert*** Motion to Exclude Certain Opinions and Testimony of Packaging Service Co., Inc.'s Putative Combustion Expert Dr. Carl Abraham [Doc. 541] is **GRANTED**.

2

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 15, 2014.

*[Signature]*
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE