UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**KIMBERLY LANDIS** and **ALVA NELSON,**
as parents and guardians of A.N., a minor,

       Plaintiffs,

     v.                                         **Civil Action No. 2:11-CV-101**
                                                       (BAILEY)

**HEARTHMARK, LLC,** d/b/a Jarden Home
Brands, **WAL-MART STORES, INC.**,
**C.K.S. PACKAGING, INC.**, **PACKAGING
SERVICE COMPANY, INC.**, and
**STULL TECHNOLOGIES, INC.**,

       Defendants/Third Party Plaintiffs,

     v.

**KIMBERLY LANDIS** and **ALVA NELSON**,
in their individual capacities,

       Third Party Defendants.

## ORDER DENYING MOTION TO DESIGNATE CORPORATE REPRESENTATIVE

Pending before this Court is plaintiffs' Motion to Designate Corporate Representative [Doc. 464]. The Motion is opposed by defendants Stull Technologies, Inc. [Doc. 530], Hearthmark, LLC and Wal-Mart Stores, Inc. [Doc. 536], C.K.S. Packaging, Inc. [Doc. 538], and Packaging Service Co., Inc. [Doc. 539].

In the above Motion, the plaintiffs seek an order requiring each defendant to identify the corporate representatives that each defendant intends to have seated at counsel table during the trial of this case.

1

In their oppositions to the Motion, the defendants correctly point out that there is no authority for such an order in either the Federal Rules of Civil Procedure or this Court's Local Rules. While this Court does believe that it has the authority to grant such a motion under its general supervisory powers, it will not do so. This Court would hope that trial counsel would "play well together" and reach some agreement as to the designation of corporate representatives. This Court will not, however, insert itself into the normal pre-trial process.

Accordingly, plaintiffs' Motion to Designate Corporate Representative [Doc. 464] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 15, 2014.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE